CHEFF V BANK OF THE COMMONWEALTH. Appeal from Livingston, Paul R. Mahinske, J. Submitted Division 2 March 13, 1972, at Detroit. (Docket No. 11884.) Decided May 4, 1972.

*Eli Friedman,* for plaintiffs.

*Hammond, Ziegelman, Tennent, Merrill & Sotiroff,* for defendant.

Before: R. B. BURNS, P. J., and HOLBROOK and QUINN, JJ.

MEMORANDUM OPINION. The trial court granted defendant's motion for summary judgment and plaintiffs appeal.

GCR 1963, 117.2(3) authorizes summary judgment when there is no genuine issue as to any material fact. Plaintiffs' claim that their unrecorded mortgage was entitled to priority over defendant's mortgage would be proved by a finding that defendant had actual knowledge of plaintiffs' mortgage before defendant took its mortgage. The issue of defendant's actual knowledge is disputed on this record and summary judgment was improper.

Reversed and remanded for trial with costs to plaintiffs.

PEOPLE V PETTENGILL. Appeal from Genesee, Elza H. Papp, J. Submitted Division 2 March 7, 1972, at Lansing. (Docket No. 11921.) Decided May 4, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Donald A. Kuebler,* Prosecuting Attorney, and *Joel B. Saxe* and *John T. Spurgis,* Assistants Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *James R. Neu-hard,* Assistant Defender, for defendant on appeal.

Before: LESINSKI, C. J., and BRONSON and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant was convicted in the Genesee County Circuit Court on a plea of guilty of unlawfully using a motor vehicle without authority contrary to MCLA 750.413; MSA 28.645. This appeal is taken of right.

The record of defendant's guilty plea is silent as to whether he was advised of his right to confront the witnesses against him. Failure to advise the defendant of this right on the record prior to accepting a plea of guilty makes the plea invalid. *People v Jaworski,* 387 Mich 21 (1972).

Reversed and remanded.